January 23, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00129-CV

DOMINIQUE CUNNINGHAM, Appellant

V.

LINA HIDALGO, Appellee

_____

After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **ORDERED** that the appeal be **DISMISSED**.

We further order this decision certified below for observance.

Judgment Rendered January 23, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.